# United States Navy-Marine Corps Court of Criminal Appeals

———————————————

**UNITED STATES**
Appellee

**v.**

**Jason R. ANGLE**
Hospital Corpsman Second Class (E-5), U.S. Navy
Appellant

**No. 201900034**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 9 May 2019.

Military Judge:
Captain Warren A. Record, JAGC, USN.

Sentence adjudged 10 October 2018 by a general court-martial convened at Region Legal Service Office Southeast, Jacksonville, Florida, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, forfeiture of $1,000.00 for 15 months, confinement for 12 months, and a bad-conduct discharge.

For Appellant:
*Commander Robert D. Evans, JAGC, USN.*

For Appellee:
*Brian K. Keller, Esq.*

———————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

Before FULTON, CRISFIELD, and ATTANASIO,
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court